

# Fourth Court of Appeals

## San Antonio, Texas

April 24, 2020

No. 04-19-00248-CR

Michael Cesar **FERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13555
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
                  Rebeca C. Martinez, Justice
                  Patricia O. Alvarez, Justice
                  Luz Elena D. Chapa, Justice
                  Irene Rios, Justice
                  Beth Watkins, Justice
                  Liza A. Rodriguez, Justice

The en banc court has considered Appellant's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2020.



MICHAEL A. CRUZ,
Clerk of Court